

# NUMBER 13-24-00569-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DANIEL PAUL RIVERA,
RAMON GONZALEZ JR.,
JOEL JARAMILLO, AND
MARTIN COLINDREZ,                                      Appellants,

**v.**

TRANSMAQUILA, INC.,                                      Appellee.

## ON APPEAL FROM THE 404TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on appellants' amended unopposed motion for voluntary dismissal of appeal due to settlement. On January 22, 2025, we ordered this matter abated to allow time to complete settlement documents. As a result of settlement

negotiations, the parties have reached a settlement, and appellants request that the appeal be dismissed.

Upon review of the amended unopposed motion, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the unopposed motion to dismiss is granted, and the appeal is hereby dismissed.

In accordance with the parties' agreement, costs are hereby assessed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
27th day of February, 2025.